# United States Court of Appeals
## For the First Circuit

No.  23-1810

JOSEPH DONOVAN,

Petitioner, Appellant,

v.

MASSACHUSETTS PAROLE BOARD,

Respondent, Appellee.

Before

Barron, Chief Judge,
Lynch, Kayatta, Gelpí, Montecalvo,
Rikelman, Aframe, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered:  March 11, 2026

The petition for rehearing having been denied by the panel of judges who decided the case, and the petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing and the petition for rehearing en banc be denied.

**LYNCH, Circuit Judge**, dissents from the denial of panel rehearing.

**GELPÍ and DUNLAP, Circuit Judges**, dissent from the denial of rehearing en banc.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Paul Kenneth Donovan, Gabriel Thomas Thornton